

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2025

No. 04-25-00087-CV

Glenn **SAMUELS**,
Appellant

v.

**BEXAR COUNTY SHERIFF-NARCOTICS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI08343
Honorable Cynthia Marie Chapa, Judge Presiding

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

In accordance with the court's opinion of this date, the cause is hereby **DISMISSED FOR WANT OF JURISDICTION**.

It is so **ORDERED** on May 28, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court